# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

EDDIE MCCLENTON

(Full Name of Plaintiff or Plaintiffs)

vs

DEPARTMENT OF CORRECTIONS

(Full Name of Defendant or Defendants)

2014 OCT -6 P 12:12

JON ~. ~~~~ILIPPO
CLERK

**14-C-1243**

Case No. _____
(Supplied by Clerk)

## COMPLAINT

### I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?
   ☐ YES   ☒ NO

B. Have you begun other lawsuits in state or federal court?
   ☐ YES   ☒ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

   1. Parties to the previous lawsuit

      Plaintiff(s) _____

      Defendant(s) _____

   2. Court in which lawsuit brought (if federal court, name district: if state court, name the county)

3. Docket number _____

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)?
_____
_____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

## II. PARTIES

A. Your name (PLAINTIFF) __Eddie McClenton__

B. Your Address and Phone Number __3506 w, Hampton Ave. Milwaukee, WI.__
__53209.    Phone # 414-399-6100__
(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) __Katie Mears__

D. Defendants address __Department Of Corrections    3099 E, Washington Av__
__Madison, WI. 53707__

E. Additional DEFENDANTS (names and addresses) __Department Of Corrections__
__3099 E, Washington Ave. Madison, WI. 53707__

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate **numbered** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: ON December 21, 2009, I was discharged from parole.. And in 2012 I was placed on Lifetime GPS tracking. I was not given a hearing and I am being accused of having more then ONE offense of sexual assault, which is untrue. The law states that a person must have two or more sex offense in order to be placed on Lifetime GPS. In 1985 I was sentence to two years in prison for false imprisonment... In 1993 I was sentence to eight years in prison for second degree sexual assault of a child. The Department Of Corrections told me, that the 1985 case for false imprisonment is the same as a sex case. My records and criminal convictions will show that I have only one sex offense case. I have been off parole since 2009 and im still not on parole as of 2014. And In 2012 I was placed on Lifetime GPS, without given a hearing. I was told by Ms. Katie Mears, the head of GPS, that the only way I can get off GPS, is if I get my 1985 case of false imprisonment expunged

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

I ask the court to order the Department Of Corrections to release me from the GPS Lifetime bracelet.

I also ask the court to take me offGPS, while this case is pending And I ask that I have a hearing on this matter

I ask the court to grant me a hearing in this matter so that I can show proof that I have only one case

I ask the court to wave the court cost and fees in this matter. of the filing fees . And ask that I be appointed an Attorney.

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___6___ day of ___October___, ___2014___.

Eddie McClenton

*Eddie McClenton*
(Signature of Plaintiff(s))

To preserve my rights, for a trial by jury. I am requesting and demanding a trial by jury in this matter along with my complaint.

October 6, 2014

Eddie McClenton