IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Eddie McClenton,

    Plaintiff,

    v.　　　　　　　　　　　　　　　　　　　　Case No. 14-CV-1243

Katie Mears

    Defendants.

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to and without waiving any objections to jurisdiction or to the Court's competency to proceed, Defendant appears in this action by her attorneys, Attorney General J.B. Van Hollen and Assistant Attorney General Rachel L. Bachhuber, and ask that all documents in this matter be served on Attorney Bachhuber at the address set forth below.

Dated this 12th day of November, 2014.

    Respectfully submitted,

    J.B. VAN HOLLEN
    Attorney General

| | |
|---|---|
| Wisconsin Department of Justice | **s/Rachel L. Bachhuber** |
| Post Office Box 7857 | RACHEL L. BACHHUBER |
| Madison, Wisconsin 53707-7857 | Assistant Attorney General |
| (608) 266-0188 | State Bar No. 1052533 |
| (608) 267-8906 (Fax) | |
| bachhuberrl@doj.state.wi.us | Attorneys for Defendants |