IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

## CERTIFICATE OF SERVICE

**Case Name:** Eddie McClenton v. Katie Mears
**Case No.** 14-CV-1243

I hereby certify that on November 12, 2014, I electronically filed

- **NOTICE OF APPEARANCE**
- **ACCEPTANCE OF SERVICE**

using the ECF system. I hereby certify that a copy of each document was mailed to plaintiff at the address below:

**Eddie McClenton**
3506 W. Hampton Ave.
Milwaukee, WI 53209

<u>s/RACHEL L. BACHHUBER</u>
Rachel L. Bachhuber