IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

## ACCEPTANCE OF SERVICE

**Date:** November 12, 2014
**Case Name:** McClenton, Eddie v. Department of Corrections et al.
**Case No.** 14-CV-1243

**SERVICE DATE:** November 3, 2014

Pursuant to an informal service agreement between the Attorney General and the court, the Department of Justice accepts service on behalf of Katie Mears.

| NAME | ACCEPT SERVICE | TRANSFERRED TO | NO LONGER EMPLOYED OR RETIRED | OTHER |
|---|---|---|---|---|
| Katie Mears (DOC Central) | Yes | | | |

Copies of the complaint and order have been mailed to:

Kris Chilsen
DOC – Legal
P.O. Box 7925
Madison, WI 53707-7925
On behalf of Katie Means.

A copy of this acceptance has been mailed by United States Postal Service to the petitioner.

s/Rachel L. Bachhuber
Rachel L. Bachhuber
Assistant Attorney General
State Bar #1052533
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
608/266-0188
FAX (608) 267-8906
bachhuberrl@doj.state.wi.us