NJ

Eddie McClenton
v.
Katie MEARS          Case #
                     14-CV-1243

2014 DEC -9 A 11:38

## MOTION TO APPOINT COUNSEL

I have made reasonable attempts to obtain counsel.

I was ordered to give three (3) names of attorneys to show that I made a reasonable attempt to obtain legal counsel.

Atty. Gilbert F. Urfer
310 E. Buffalo St. suite-124
Milwaukee, WI. 53202
414-921-1945   Fax: 414-921-1946

Atty. Nick Padway
633 W. Wisconsin Ave. suite 1919
Milwaukee, WI. 53201
Ph. 414-277-9800

Atty. Anderson Gansner
517 E. Wisconsin Ave. Suite-182
Milwaukee, WI. 53202
Ph: 414-221-9900

I am unable to pay for counsel and I do not no how to file motions and don't know much about the law.

Dated this 8th day of December, 2014

Eddie McClenton
*Eddie McClenton*