IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

EDDIE McCLENTON,

    Plaintiff,

  v.                                       Case No. 14-C-1243

KATIE MEARS,

    Defendant.

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

    PLEASE TAKE NOTICE that defendant Katie Mears appears in this matter by her attorneys, Brad D. Schimel, Attorney General and Daniel P. Lennington, Assistant Attorney General, and requests that service of all pleadings and other papers be made upon him at 17 West Main Street, Madison, Wisconsin 53703, or by first class mail at Post Office Box 7857, Madison, Wisconsin 53707-7857.

Assistant Attorney General Daniel P. Lennington is hereby substituted in place of Assistant Attorney General Rachel L. Bachhuber.

Dated this 13th day of January, 2015.

    Respectfully submitted,

    BRAD D. SCHIMEL
    Attorney General


    <u>s/Daniel P. Lennington</u>
    DANIEL P. LENNINGTON
    Assistant Attorney General
    State Bar #1088694

    Attorneys for Defendant

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 267-8901
(608) 267-2223 (Fax)
*lenningtondp@doj.state.wi.us*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2015, I electronically filed defendant's Notice of Appearance and Substitution of Counsel using the ECF system. I hereby certify that a copy of the document was mailed to plaintiff at the address below:

**Eddie McClenton**
**1452 North 37th Street**
**Milwaukee, WI 53208**

s/Daniel P. Lennington
DANIEL P. LENNINGTON