UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| EDDIE MCCLENTON, | |
| Plaintiff, | Case No. 14-CV-1243-JPS |
| v. | |
| KATIE MEARS, | |
| Defendant. | ORDER |

On December 11, 2014, Magistrate Judge Nancy Joseph granted the *pro se* plaintiff's motion for recruitment of counsel. (Docket #9). Since then, the defendant has filed her answer (Docket #10) and a motion for judgment on the pleadings (Docket #13).

To permit the plaintiff to adequately prosecute this case—and, defend the motion for judgment on the pleadings— with the assistance of counsel, the Court will stay the case until counsel has been recruited for the plaintiff.

Accordingly,

IT IS ORDERED that this matter be and the same is hereby STAYED pending recruitment of counsel for the *pro se* plaintiff.

Dated at Milwaukee, Wisconsin, this 6th day of February, 2015.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge