UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

EDDIE McCLENTON,

       Plaintiff,

      v.                                        Case No. 2:14-cv-1243-JPS

KATIE MEARS,

       Defendant.

_____

**NOTICE OF APPEARANCE AND DISCLOSURE STATEMENT**
_____

      Pursuant to Eastern District of Wisconsin Civil Local Rule 7.1, notice and disclosure is hereby given that attorney Hanni M. Fakhoury requests that he be added as an attorney of record for plaintiff Eddie McClenton and copied on all court filings. The Electronic Frontier Foundation states that it does not have a parent corporation and that no publicly held corporation owns 10% or more of its stock.

      Dated this 2nd day of March, 2015 at San Francisco, California.

                                                                          Respectfully submitted,

                                                                        /s/ Hanni M. Fakhoury
                                                                      Hanni M. Fakhoury
                                                                      CA Bar No. 252629
                                                                      ELECTRONIC FRONTIER FOUNDATION
                                                                      815 Eddy Street
                                                                      San Francisco, CA 94109
                                                                      Tel: (415) 436-9333
                                                                      Fax: (415) 436-9993
                                                                      hanni@eff.org

                                                                      *Counsel for Plaintiff Eddie McClenton*

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CERTIFICATE OF SERVICE

**Case Name:** *Eddie McClenton v. Katie Mears*
**Case No. 14-cv-01243-JPS**

      I hereby certify that on March 2, 2015, I electronically filed the foregoing using the ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: March 2, 2015         /s/ Hanni M. Fakhoury
                                                Hanni M. Fakhoury

2
Case 2:14-cv-01243-JPS   Filed 03/02/15   Page 2 of 2   Document 16