**EDDIE McCLENTON,**
    Plaintiff,

              v.                          Case No. 14-CV-1243

**KATIE MEARS,**
    Defendant.

## CIVIL LOCAL RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for Plaintiff Eddie McClenton, furnishes the following list in compliance with Civil L.R. 7.1 and Fed. R. Civ. P. 7.1:

1. Full name of parties represented: Eddie McClenton.

2. Eddie McClenton is not a corporation.

3. Law firms appearing or expected to appear:

    Electronic Frontier Foundation

    American Civil Liberties Union of Wisconsin Foundation, Inc.

**Date:** March 9, 2015      **By:**    /Laurence J. Dupuis
                                                        Laurence J. Dupuis
                                                        State Bar No. 1029261
                                                      One of Plaintiff's Attorneys
                                                       ACLU of Wisconsin Foundation, Inc.
                                                       207 E. Buffalo Street, Suite 325
                                                       Milwaukee, WI 53202-5712
                                                       (414) 272-4032
                                                       Facsimile: (414) 272-0182
                                                       E-mail: ldupuis@aclu-wi.org